UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THE CINCINNATI INSURANCE COMPANY,**

    Plaintiff(s),

v.                                      CASE NO:  8:05-CV-1756-T-30EAJ

**MATTHEW ARNDT, et al.,**

    Defendant(s).
_____/

### ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal Without Prejudice (Dkt. #11). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1)     This cause is dismissed without prejudice.

2)     All pending motions are denied as moot.

3)     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 1, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-1756.dismissal 11.wpd*